UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CYNTHIA PARKER, REBA GARTH, MARGARET HERRIN, and SHIRLEY REINHARD, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs* <br> v. <br><br> WAL-MART STORES, INC., <br><br> *Defendant.* | Case No. 4:18-cv-00465-JAR <br><br><br><br> **PLAINTIFFS NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Cynthia Parker, Reba Garth, Margaret Herrin, and Shirley Reinhard hereby voluntarily dismiss the above-entitled manner, without prejudice, against Defendant Wal-Mart Stores Inc. Defendant has not served an answer or motion for summary judgment in this proceeding and Plaintiffs have not filed a motion for class certification. Therefore, dismissal without prejudice is appropriate without a court order. Fed. R. Civ. P. 41(a)(1)(A)(i) and (a)(1)(B); Fed. R. Civ. P. 23(e) (requiring court approval of voluntary dismissals only for certified classes).

Respectfully submitted,

**SIMMONS HANLY CONROY LLC**

*/s/ Eric S. Johnson*
Eric S. Johnson (#MO 61680)
One Court Street
Alton, IL 62002
Telephone: (618) 259-2222
Facsimile: (618) 259-2251
ejohnson@simmonsfirm.com

Paul J. Hanly, Jr. (*pro hac vice*)

So Ordered
John A. Ross
2/19/2019